AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>TREVON CARSON,<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   4:23 MJ 6150 PLC<br>)<br>)   SIGNED AND SUBMITTED TO THE COURT FOR<br>)   FILING BY RELIABLE ELECTRONIC MEANS<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 13, 2023   in the county of   St. Charles County   in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

/S/ David Rudolph, FBI TFO

*Complainant's signature*

TFO David A. Rudolph, FBI

*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:   06/13/2023

/s/  David D. Noce

*Judge's signature*

City and state:   St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*